THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELSIE SWASING, Appellant, v. REBECCA TALBOT PERKINS ADOPTION SOCIETY, INC., Respondent.— Order dismissing a writ of habeas corpus to inquire into the cause of detention of an adopted child affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

ARTHUR F. RAUSCH, Respondent, v. ELIZABETH B. MONFORT, etc., and Others, Defendants; THEODORE M. LAY, Appellant.— Order denying motion to vacate notice of examination before trial reversed on the law, with ten dollars costs and disbursements, and motion granted, without costs, with leave to plaintiff to serve a further notice, specifying facts which he must prove in order to sustain his cause of action. The practice of incorporating the allegations of the complaint into a notice of examination is not to be approved, particularly where such allegations consist in part at least of conclusions of law and fact. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

MABLE RENOUD, Respondent, v. THE CITY OF NEW YORK, Appellant.— The decision of this court handed down on June 18, 1937 [*ante*, p. 851], is hereby amended to read as follows: Action for personal injuries sustained by a passenger on defendant's ferry boat as a consequence of her slipping and falling on a wet deck. Order of the Appellate Term, affirming judgment of the City Court of the City of New York, County of Richmond, in favor of plaintiff, and said judgment, reversed on the law and a new trial ordered in the City Court, with costs in this court and in the Appellate Term to abide the event. (1) The charge of the court was contradictory in respect of liability. (2) The court erred in its charge in respect of inferences that might be drawn in favor of the defendant because of its failure to call witnesses. (3) The court erred in receiving in evidence the departmental rule in respect of the sprinkling of sand on wet decks. (*Longacre* v. *Yonkers Railroad Co.*, 236 N. Y. 119, 125, the holding in which precludes our following *Sullivan* v. *Richmond Light & Railroad Co.*, 128 App. Div. 175.) Lazansky, P. J., Hagarty, Carswell and Johnston, JJ., concur; Davis, J., concurs in result.

R. G. S. NOVELTY CO., INC., Appellant, v. MAX SPIEGEL, Respondent, and NATHAN SPIEGEL, Defendant.— Order denying plaintiff's motion for an order directing defendant Max Spiegel to appear for an examination before trial, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.